

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-18-00909-CV

**REFUND ADVISORY CORP.**,
Appellant

v.

Albert **URESTI**, in his Official Capacity as Bexar County Tax Assessor-Collector, and Bexar County,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI08726
Honorable David Peeples, Judge Presiding

## O R D E R

Appellant's second motion for an extension of time to file its brief is GRANTED. Appellant's brief is due on April 22, 2019. No further extensions will be granted absent extenuating circumstances.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court